UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LISA R. DISSINGER,**

      **Plaintiff,**

v.                                              Case No.  6:22-cv-575-CEM-DCI

**FRONTLINE ASSET STRATEGIES, LLC,**

      **Defendant.**

                                     /

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On August 15, 2022, this Court entered an Order (Doc. 25) directing the parties to advise the Court on the selection of a mediator on or before August 29, 2022. (*Id.* at 1). The parties were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 5). The parties have failed to notify the Court on the selection of a mediator, and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record